PROB 12C  
(6/16)

Report Date: February 10, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Charles Aguilar | Case Number: 0980 2:13CR02122-TOR-1 |
| Address of Offender:                 Wapato, Washington 98951 | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge | |
| Date of Original Sentence: July 22, 2014 | |
| Original Offense: | Crime on Indian Reservation - Abusive Sexual Contact, 18 U.S.C. §§ 1153 & 2244(a)(2) |
| Original Sentence: Prison - 36 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Shawn N. Anderson | Date Supervision Commenced: August 18, 2016 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: August 17, 2021 |

## PETITIONING THE COURT

**To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/20/2017.**

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On January 26, 2017, this officer directed Mr. Aguilar to report next to the probation office on January 30, 2017. |
| | On January 30, 2017, Mr. Aguilar called this officer and stated he was participating in tribal funeral services and asked if he could report on Wednesday, February 1, 2017. This officer approved the offender's request. |
| | On February 1, 2017, Mr. Aguilar failed to report to the probation office as agreed upon and failed to notify this officer of his intention to not report. |
| | On February 2, 2017, this officer attempted to reach Mr. Aguilar by telephone but was unsuccessful. Both his and his mother's voicemail boxes were non-operational at the time. |
| | On February 3, 2017, Mr. Aguilar called this officer stating he did not have a ride and could |

not report. This officer instructed him to report by 12 p.m., Monday, February 6, 2017. This officer further advised Mr. Aguilar this was the third attempt to get him into the probation office, and his failure to report as directed could result in this officer requesting additional action by the Court. Mr. Aguilar stated he understood.

On February 6, 2017, Mr. Aguilar failed to report to the United States Probation Office as directed.

4    **Special Condition # 21**: Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. Defendant shall contribute to the cost of treatment according to his ability to pay. Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On February 8, 2017, Mr. Aguilar failed to attend a follow-up appointment with his counselor at Merit Resource Services to begin substance abuse treatment.

On January 26, 2017, this officer instructed Mr. Aguilar to contact Merit Resource Services (Merit) and schedule an appointment to begin substance abuse treatment. Mr. Aguilar did so and was scheduled for an appointment on January 30, 2017.

On February 7, 2017, this officer spoke with a staff member at Merit who advised Mr. Aguilar had cancelled the appointment for January 30, 2017 and rescheduled for February 8, 2017.

On February 9, 2017, this officer spoke with a staff member at Merit who advised Mr. Aguilar failed to show for his appointment on February 8, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 10, 2017

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

February 13, 2017
Date