PROB 12C
(6/16)

Report Date:  March 2, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Charles Aguilar           Case Number: 0980 2:13CR02122-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 22, 2014

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation - Abusive Sexual Contact, 18 U.S.C. § 1153 & 2244(a)(2) |
| Original Sentence: | Prison - 36 months; TSR - 60 months      Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal      Date Supervision Commenced: August 18, 2016 |
| Defense Attorney: | Alex B. Hernandez, III      Date Supervision Expires: August 17, 2021 |

## PETITIONING THE COURT

         To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/20/2017 and 02/10/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**:  On February 22, 2017, Mr. Aguilar failed to report to the United States Probation Office as directed.<br><br>On February 14, 2017, Mr. Aguilar was directed to report to the probation office following his Court appearance; he did so as directed.  During the visit, this officer directed Mr. Aguilar to report on February 22, 2017.  Mr. Aguilar failed to report as directed. |
| 6 | **Special Condition # 21**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Prob12C**
**Re: Aguilar, Antonio Charles**
**March 2, 2017**
**Page 2**

        **Supporting Evidence**:  On February 21, 2017, Mr. Aguilar failed to attend a follow-up appointment with his counselor at Merit Resource Services (Merit) to begin substance abuse treatment.

        On February 14, 2017, Mr. Aguilar was directed to report to the probation office following his Court appearance; he did so as directed.  During that visit, this officer called staff at Merit to confirm Mr. Aguilar had an appointment on February 21, 2017, and directed him to report to Merit on that date to begin treatment.

        On February 27, 2017, this officer was notified by staff at Merit that Mr. Aguilar failed to report for his appointment on February 21, 2017.

7        **Special Condition # 15**: You shall complete a sex offender evaluation, which may include psychological and polygraph testing.  You shall pay according to your ability and allow the reciprocal release of information between the treatment provider and supervising officer.

        **Supporting Evidence**: On February 22, 2017, Mr. Aguilar failed to attend a polygraph examination as part of his sex offender evaluation.

        On February 14, 2017, Mr. Aguilar was directed to report to the probation office following his Court appearance; he did so as directed. During that visit, this officer called the polygrapher and scheduled an appointment for Mr. Aguilar on February 22, 2017.

        On February 22, 2017, this officer was notified by the polygrapher that Mr. Aguilar failed to report for his appointment on February 22, 2017.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 2, 2017

        s/Jonathan G. Barcom

        Jonathan G Barcom
        U.S. Probation Officer

**Prob12C**
**Re: Aguilar, Antonio Charles**
**March 2, 2017**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[X ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X ]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]   Defendant to appear before the Judge assigned to the
        case.
[X ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

<br>

_____
Signature of Judicial Officer

March 2, 2017
_____
Date