PROB 12C
(6/16)

Report Date: July 3, 2017

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

| | | | |
|---|---|---|---|
| Name of Offender: | Antonio Charles Aguilar | Case Number: | 0980 2:13CR02122-TOR-1 |

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 22, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Crime on Indian Reservation - Abusive Sexual Contact, 18 U.S.C. §§ 1153 & 2244(a)(2) | | |
| Original Sentence: | Prison - 36 months;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(06/13/2017) | Prison - 4 months;<br>TSR - 60 months | | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: | June 21, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | June 20, 2022 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On June 28 and 30,  and July 3, 2017, Mr. Aguilar failed to report to the United States Probation Office as directed.<br><br>On June 23, 2017, Mr. Aguilar reported to the United States Probation Office after being released from custody on June 21, 2017.  During this visit he signed his imposed conditions of supervised release, acknowledging standard condition #2 as well as his other imposed conditions. The offender was instructed to report to the probation office next on June 28, 2017.  He failed to do so as directed.<br><br>On June 29, 2017, this officer attempted to make contact with Mr. Aguilar at his residence. He was not home and his mother stated she would bring him to the probation office on June 30, 2017.  Mr. Aguilar failed to report on June 30, 2017.<br><br>On July 2, 2017, this officer received a call from Mr. Aguilar's mother who stated a family member attempted to bring Mr. Aguilar to the office on June 30, 2017; however, when the |

family member stopped for fuel, Mr. Aguilar got out of the vehicle and walked away. Mr. Aguilar's mother stated she would bring him to the probation office by 10 a.m. on July 3, 2017. On July 3, 2017, this officer received a call from Mr. Aguilar's mother who stated she was unable to get him to come with her to the probation office. She stated he told her he was no longer on supervision.

2    **Special Condition # 15**: You must complete a sex offender evaluation, which may include psychological and polygraph testing. You must pay according to your ability and allow the reciprocal release of information between the evaluator and supervising officer.

**Supporting Evidence**: On or about June 28, 2017, Mr. Aguilar failed to complete a sex offender evaluation and polygraph examination.

On June 23, 2017, Mr. Aguilar reported to the United States Probation Office after being released from custody on June 21, 2017. During this visit he signed his imposed conditions of supervised release, acknowledging special condition #15 as well as his other imposed conditions. This officer advised Mr. Aguilar he needed to complete the sex offender evaluation he began earlier this year and in order to do so he needed to complete a polygraph examination.

This officer instructed Mr. Aguilar to contact Ken Schafer and Associates and schedule a polygraph examination and to have this appointment scheduled by June 28, 2017.

On June 30, 2017, this officer received an email from Ken Schafer and Associates stating Mr. Aguilar had not scheduled a polygraph examination as of June 30, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 3, 2017

s/Jonathan G. Barcom

Jonathan G. Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Thomas O. Rice_
Signature of Judicial Officer

July 5, 2017
Date