PROB 12C
(6/16)

Report Date: December 13, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2018

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Antonio Charles Aguilar          Case Number: 0980 2:13CR02122-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 22, 2014

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Abusive Sexual Contact, 18 U.S.C. § 1153 & 2244(a)(2) | |
| Original Sentence: | Prison - 36 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (06/13/2017) | Prison - 4 months; TSR - 60 months | |
| Revocation Sentence: (03/06/2018) | Prison - 8 months; TSR - 60 months | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: August 29, 2018 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: August 28, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Aguilar failed to report to the United States Probation Office on December 6, 2018, as directed. |
| | Mr. Aguilar's conditions were reviewed with him on September 7, 2018.  He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 2, as noted above. |

Prob12C
**Re: Aguilar, Antonio Charles**
**December 13, 2018**
**Page 2**

On November 26, 2018, Mr. Aguilar reported to the United States Probation Office. During that visit he was instructed to report next on December 6, 2018. Mr. Aguilar failed to report to the probation office on December 6, 2018.

On December 11, 2018, the undersigned attempted to make contact with Mr. Aguilar at his last known registered address. Mr. Aguilar was not home and an individual staying at the home stated Mr. Aguilar had not been at the residence for approximately 2 weeks. The undersigned left a business card with instructions for Mr. Aguilar to report by 1 p.m. or Court action would be requested. As of the date of this petition, Mr. Aguilar has not reported to, nor made an attempt to contact the probation office and his current whereabouts is unknown.

2    **Special Condition #19**: You shall register as a sex offender according to the laws of the state in which you reside, employed, or attending school. You shall provide verification of compliance with this requirement to the supervising officer.

**Supporting Evidence**: On or about December 11, 2018, Mr. Aguilar failed to register as required by state law.

Mr. Aguilar's conditions were reviewed with him on September 7, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 19, as noted above.

On December 11, 2018, the undersigned attempted to make contact with Mr. Aguilar at his last known registered address in Wapato, Washington. Mr. Aguilar was not home and an individual staying at the home stated Mr. Aguilar had not been at the residence for approximately 2 weeks. Also on this date, the undersigned received an email from a staff member with the Yakima County Sheriff's Office (YSO) which stated Mr. Aguilar last registered the Wapato, Washington address on September 7, 2018.

On December 12, 2018, the undersigned confirmed with a staff member at YSO that sex offenders have 3 days to register a new address from the time they stop staying at the last known address.

3    **Special Condition #16**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.

**Supporting Evidence**: On December 4, 2018, Mr. Aguilar failed to actively participate in and successfully complete an approved state-certified sex offender treatment program.

Mr. Aguilar's conditions were reviewed with him on September 7, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 16, as noted above.

Prob12C
**Re: Aguilar, Antonio Charles**
**December 13, 2018**
**Page 3**

On October 31, 2018, Mr. Aguilar completed an evaluation of sexual behavior and risk with Ken Schaefer and Associates (Ken) and was scheduled to receive the results of that evaluation on December 4, 2018.

On December 4, 2018, Mr. Aguilar failed to report to Ken as scheduled and as of the date of this petition, has not rescheduled the appointment.

4    **Special Condition #20**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On December 5, 2018, Mr. Aguilar failed to enter into and successfully complete an approved substance abuse treatment program.

Mr. Aguilar's conditions were reviewed with him on September 7, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 20, as noted above.

On October 24, 2018, Mr. Aguilar completed a substance abuse evaluation at Merit Resource Services (Merit) and was scheduled to receive the results of that evaluation on November 6, 2018.

On November 26, 2018, Mr. Aguilar reported to the United States Probation Office and stated he rescheduled the results appointment to December 5, 2018. Also, on this date the undersigned confirmed the rescheduled appointment date with a staff member at Merit.

December 5, 2018, Mr. Aguilar failed to report to Merit as scheduled and as of the date of this petition, has not rescheduled the appointment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 13, 2018

Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

Prob12C
**Re: Aguilar, Antonio Charles**
**December 13, 2018**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*
Signature of Judicial Officer

December 13, 2018
Date