PROB 12C  
(6/16)

Report Date: October 21, 2019

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Charles Aguilar | Case Number: 0980 2:13CR02122-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 22, 2014

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Abusive Sexual Contact, 18 U.S.C. §§ 1153 & 2244(a)(2) | |
| Original Sentence: | Prison - 36 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (06/13/2017) | Prison - 4 months; TSR - 60 months | |
| Revocation Sentence: (03/06/2018) | Prison - 8 months; TSR - 60 months | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: August 29, 2018 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: August 28, 2023 |

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/13/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: On October 9, 2019, Mr. Aguilar is alleged to have committed an Assault with a Deadly Weapon in violation of Revised Yakama Code (RYC) 10.01.10 and Theft in violation of RYC 10.01.149

Mr. Aguilar's conditions were reviewed with him on September 7, 2018. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 1, as noted above.

Prob12C
Re: Aguilar, Antonio Charles
October 21, 2019
Page 2

According to Officer Boyle of the Yakama Nation Police Department (incident report number 11784), the following occurred on October 9, 2019: Mr. Aguilar was provided transportation by the victim when the offender pulled a knife and demanded money from the victim. The victim complied, and Mr. Aguilar demanded the next time he be given hundred dollar bills.

As Mr. Aguilar walked away from the incident, the victim followed him until law enforcement could arrive. Upon officer's arrival, they were able to locate the offender with the money and knife as described by the victim. While being questioned by law enforcement, officer Boyle noted a strong smell of alcohol emanating from the defendant, and Mr. Aguilar made statements to include; "I'm the chief of the world police and President Trump is my father."

At the time this petition was written, Mr. Aguilar remains in custody at the Yakama Nation Correctional Facility on the aforementioned charges.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/21/2019

s/ Nicholas A. Bazan

Nicholas A. Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Thomas O. Rice_
Signature of Judicial Officer

October 22, 2019
Date